# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SCRASE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>FOREVER RESORTS,<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cv-00983-KJD-PAL<br><br>**ORDER** |

This matter is before the court on Plaintiff Judith Scrase's Application to Proceed In Forma Pauperis (Dkt. #1) filed June 11, 2012.  Plaintiff is proceeding in this action pro se, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis, and submitted a Complaint.  This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed In Forma Pauperis.  She has not responded fully to question 3–namely, she has not answered subparts (a), (b), or (c)-(f).  As a result, the court cannot determine whether Plaintiff qualifies to proceed in forma pauperis, and her Application will be denied without prejudice.  The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE.  The Clerk of Court shall mail Plaintiff a blank application for non-incarcerated litigants, and Plaintiff shall have until **July 13, 2012,** in which to submit the completed application or pay the $350.00 filing fee.  Failure to comply with this order will result in a recommendation to the district judge for dismissal.

/ / /

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 12th day of June, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE