# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUDITH SCRASE,

    Plaintiff,

v.

FOREVER RESORTS, *et al.*,

    Defendants.

Case No. 2:12-CV-00983-KJD-PAL

**ORDER**

    Presently before the Court are the Findings and Recommendation (#9) of Magistrate Judge Peggy A. Leen entered on March 26, 2013. Though the time for doing so has passed, no objections have been filed. Having conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2, the Court **ADOPTS** the Findings and Recommendation of the Magistrate Judge entered on March 26, 2013. Therefore Plaintiff's Amended Complaint (#6) is **DISMISSED** without prejudice.

**IT IS SO ORDERED**

    DATED this 21st day of June 2013.

                                      Kent J. Dawson
                                      United States District Judge